UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 10-49049 |
| Barbara Mack ) | |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

**COMES NOW**, Debtor by and through Debtor's undersigned Counsel, and states as follows:

1) Debtor filed this chapter 7 emergency petition on 8/11/10.

2) Remaining schedules and statements are due on 8/25/10.

3) Debtor is not able to file required documents on time because he has not been able to obtain the necessary information to complete the petition.

**WHEREFORE**, Debtor prays this honorable Court extend time to file schedules and statements until September 8, 2010.

RESPECTFULLY SUBMITTED,
A&L Licker Law Firm, LLC
By:____/s/ Andrew Magdy_____
Andrew Magdy, EDMO #5263950; MO #60390
1861 Sherman Dr.
St. Charles, MO 63303
(636) 916-5400
(fax) (636) 916-5402
email: andrew@lickerlawfirm.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was served either through the Court's ECF system or by regular mail on 8/25/10 to:

*/s/ Andrew Magdy*

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

| | | |
|---|---|---|
| 2ndwindeqip<br>Po Box 94498<br>Las Vegas, NV 89193 | Bmw Bank Of North Amer<br>2735 E Parleys Ways Ste<br>Salt Lake City, UT 84109 | Cap One<br>Po Box 85015<br>Richmond, VA 23285 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Citibank Sd, Na<br>Po Box 6500<br>Sioux Falls, SD 57117 | Countrywide Home Lending<br>Attention: Bankruptcy CA6-919-01-41<br>Po Box 5170<br>Simi Valley, CA 93062 |
| DePaul HC PHY Billing<br>POB 503193<br>Saint Louis, MO 63150 | Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | Emc Mortgage<br>Attention: Bankruptcy Clerk<br>Po Box 293150<br>Lewisville, TX 75029 |
| Ernst Radiology Clinic<br>POB 60715<br>Saint Louis, MO 63160-0715 | First Market<br>POB 18273<br>Richmond, VA 23226 | Gmac Automotive Bank<br>Po Box 105677<br>Atlanta, GA 30348 |
| Inpatient Consults of MO<br>POB 92707<br>Los Angeles, CA 90009-2707 | Jareds Jewelers<br>375 Ghent Rd<br>Akron, OH 44333 | Medical Recovery Specialists<br>2250 E Devon Ave.<br>Ste. 352<br>Des Plaines, IL 60018-4519 |
| Missouri Baptist Medical Center<br>3015 N. Ballas Rd.<br>Saint Louis, MO 63131 | NCO Financial Systems, Inc<br>1930 W Bennett, Ste 100<br>Springfield, MO 65807 | Northwest Anesthesia<br>PO Box 1125<br>Maryland Heights, MO 63043 |
| Sister of Mercy<br>POB 6190<br>Chesterfield, MO 63006 | SSM DePaul<br>POB 510410<br>Saint Louis, MO 63151 | SSM DePaul Health Center<br>Patient Accounts<br>1015 Corporate Square Dr<br>Saint Louis, MO 63132 |

| | | |
|---|---|---|
| Valarity<br>POB 505023<br>Saint Louis, MO 63150-5023 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

***/s/ Andrew Magdy***